1  AVID R. BECK, SBN 124372
   BECK & MATHIESEN, APC
2  700 Frederick St., Ste. 306
   Santa Cruz, CA 95062
3  (831)429-0181

4  Attorney for Plaintiffs Dan L. Whitney,
   Janet R. Hadley, Margaret Kornow-Brown,
5  Eric Brelle

6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11  DAN L. WHITNEY, JANET R. HADLEY,   ) No. C0405232
    MARGARET A. KORNOW-BROWN, ERIC     )
12  BRELLE,                            ) **DECLARATION AND STIPULATION**
                                       ) **TO CONTINUE CASE MANAGEMENT**
13                     Plaintiffs,     ) **CONFERENCE;**
                                       )
14  v.                                 ) AND ~~PROPOSED~~ ORDER
                                       )
15  CHARLES WURTZ, VERISCAPE, INC.,    )    Date: June 21, 2005
    RENEE TADLOCK, REGINA RYGELIS,     )    Time: 2:00 p.m.
16  WILL ARNTZ, SAM JACOBS, GARY       )    Dept: 5
    BERKOWITZ, BRIAN ROE, and          )
17  DOES 1 TO 20, inclusive,           )
                                       )
18                     Defendants.     )
    _____)

19

20

21                      **<u>DECLARATION</u>**

22

23  I,  David R. Beck, declare:

24

25  1.   I am the attorney for plaintiffs herein.  I state the

26  following based on personal knowledge and if called as a witness

27  could and would testify competently thereto.

28

2.    There are eight defendants.  Attorney Brian Baker has signed Waiver of Service of Summons for four defendants.

3.    The other four defendants are spread all over the country (i.e. - Colorado, Washington and New York).  One defendant has as many as three addresses in Colorado.

4.    We have been unable to serve any of the remaining four defendants yet.

5.    One defendant in particular, the Colorado defendant, is crucial to the case.

6.    I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 15 , 2005                    _____/s/_____
                                         David R. Beck,
                                         Attorney for Plaintiffs


                              **STIPULATION**


     The parties stipulate, by and through their counsel, to continue the Case Management Conference currently scheduled for June 21, 2005, 2:00 p.m., Department 5.

     The parties request the continuance be 60 to 75 days so that if any additional defendants are served, they will have time to respond.

Dated: June 15 , 2005

_____/s/_____
David R. Beck,
Attorney for Plaintiffs

Dated June _____, 2005

_____
Brian Baker,
Attorney for Defendants Wurtz,
Veriscape, Rygelis and Roe

**ORDER**

     IT IS HEREBY ORDERED that the Case Management Conference currently set for June 21, 2005, 2:00 p.m., Department 5, be continued to August 23 , 2005, 2:00 p .m., Department 5. No Further Continuances will be granted.

Dated: June 16, 2005
_____

/s/ Patricia V. Trumbull
~~District Court Judge~~
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE