UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, et. al., ) | Case No.: C-04-5232 PVT |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| CHARLES WURTZ, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On August 23, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to October 11, 2005, 2:00 p.m., Department 5.

Dated: *August 25, 2005*

                 */s/ Patricia V. Trumbull*
                 PATRICIA V. TRUMBULL
                 United States Magistrate Judge