UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, et. al.,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLES WURTZ, et. al.,<br><br>        Defendants. | Case No.: C-04-5232 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On October 11, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 20, 2005, 2:00 p.m..

Dated: October 11, 2005

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*