**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ and BRIAN ROE,<br><br>    Defendants._____/ | No. C-04-05232 PVT<br><br>**ORDER RE SCHEDULING OF HEARING AND BRIEFS FOR PLAINTIFFS' WRIT OF ATTACHMENT** |

On December 22, 2005, Plaintiffs electronically filed an application for a right to attach order and an order for issuance of a writ of attachment against defendant Verisign, Inc. ("Verisign"). Plaintiffs submitted their application using California state forms and noticed a hearing date for January 31, 2006.[1] Pursuant to California Code of Civil Procedure 483.015, the application notice states that the defendant may file with the court an opposition to the application five days before the hearing date. The instruction conflicts with this court's local rules, which state that: "Any opposition to a motion must be served and filed not less than 21

---

[1] Plaintiffs have also noticed hearings on January 31, 2006 for their motions to compel discovery from defendants Verisign, Charles Wurtz, Regina Rygelis, Gary Berkowitz and Brian Roe. To date, the motions remain unopposed. If defendants do not file a request for relief by January 24, 2006, the court will rule on these motions as unopposed.

1 days before the hearing date." Civ. L.R. 7-3.

2   Accordingly, the court specially sets the hearing for February 7, 2006 at 10:00 AM.
3 Defendant Verisign's opposition shall be filed no later than January 24, 2006 and Plaintiffs'
4 reply shall be filed no later than January 31, 2006.

5   IT IS SO ORDERED.

6 Dated:  1/ 18/2006

            PATRICIA V. TRUMBULL
7             United States Magistrate Judge

1  copies faxed and mailed on October 18, 2005  to:

 

                                              _____

CORINNE LEW

Courtroom Deputy