IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ and BRIAN ROE,<br><br>    Defendants.<br>_____/ | No. C-04-05232 PVT<br><br>**INTERIM ORDER RE DEFENDANTS' COUNSEL'S REQUEST FOR CONTINUANCE** |

Counsel to defendants Charles Wurtz, Veriscape, Inc., Regina Rygelis, Gary Berkowitz and Brian Rose (collectively "Defendants") has submitted a request to the court to continue the noticed hearings on plaintiffs' application for writ of attachment and plaintiffs' motions to compel discovery.[1] Defendants' counsel seeks a four week continuance of all the hearings because of his own illness.  The hearing on the discovery matters is scheduled for January 31, 2006 and the hearing on the writ of attachment is scheduled for February 7, 2006.

---

[1] Defendants' counsel's request was improperly submitted to the court.  It appears that the request was not filed with the court and was mailed directly to this court's chambers and opposing counsel.

It is hereby ordered that plaintiffs inform the court no later than 3:00P.M. on Friday, January 20, 2006 whether they intend to oppose counsel's request to continue the hearings.

It is further ordered that Defendants' counsel abide by the electronic filing requirements and local rules of this court.

IT IS SO ORDERED.

Dated: *January 19, 2006*

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

3