**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>            Plaintiffs,<br><br>    v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ and BRIAN ROE,<br><br>            Defendants.<br>_____/ | No. C-04-05232 PVT<br><br>**FINAL ORDER RE DEFENDANTS' COUNSEL'S REQUEST FOR CONTINUANCE** |

On or about January 13, 2006, counsel to defendants Charles Wurtz, Veriscape, Inc., Regina Rygelis, Gary Berkowitz and Brian Rose (collectively "Defendants") submitted a request to the court to continue the noticed hearings on plaintiffs' application for writ of attachment and plaintiffs' motions to compel discovery. Defendants' counsel sought a four week continuance of all the hearings because of his own illness. The hearing on the discovery matters had been scheduled for January 31, 2006 and the hearing on the writ of attachment had been scheduled for February 7, 2006.

Although plaintiffs do not oppose the request for continuance, they have requested a specific briefing schedule and hearing date to accommodate their own counsel's previously scheduled professional commitments.

Accordingly, Defendants' request for continuance is granted. The hearings on plaintiffs' motion to compel and plaintiffs' application for writ of attachment shall be held on February 28, 2006 at 10 AM. Defendants shall file their opposition briefs to plaintiffs' motion to compel and plaintiffs' application for writ of attachment no later than February 7, 2006. Plaintiffs shall file their reply briefs no later than February 14, 2006.

Additionally, the Case Management Conference shall be held on February 28, 2006 at 2 PM.

IT IS SO ORDERED.

Dated: *January 23, 2006*

PATRICIA V. TRUMBULL
United States Magistrate Judge