**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ and BRIAN ROE,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS<br>_____ | No. C-04-05232  PVT<br><br>**ORDER GRANTING COUNSEL JEFFREY S. KRAVITZ'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>[Re Docket No. 72] |

On February 10, 2006, Jeffrey S. Kravitz, counsel for defendants William Arntz and Sam Jacobs, requested to appear telephonically on February 28, 2006 at 10AM for plaintiffs' motions to compel discovery from defendants Charles Wurtz, Regina Rygelis, Gary Berkowitz, Brian Roe and Veriscape, Inc. ("Veriscape") and plaintiffs' motion for writ of attachment against defendant Veriscape.  Mr. Kravitz has further requested that he be allowed to appear telephonically on February 28, 2006 at 2PM for the case management

1 conference. Based on the reasons set forth in counsel's request, the court grants Mr.
2 Kravitz's request to appear telephonically for the hearings scheduled on February 28, 2006 at
3 10AM and the case management conference scheduled on February 28, 2006 at 2PM.
4 IT IS SO ORDERED.

Dated: *2/13/2006*

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28