E-filing

Charles A. Adamek (SBN: 81271)
cadamek@lordbissell.com
Jeffrey S. Kravitz (SBN: 66481)
jkravitz@lordbissell.com
LORD, BISSELL & BROOK LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119
213.485.1500

Attorneys for Defendants
Will Arntz and Sam Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,

Plaintiffs,

vs.

CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 to 20, inclusive,

Defendants.

CASE NO. C 04 05232 PVT

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE THAT Defendants Will Arntz and Sam Jacobs substitute their counsel and attorney of record in this matter.

**FORMER ATTORNEY**

Defendants Will Arntz and Sam Jacobs' former counsel: Arnold P. Peter (SBN: 120091), formerly of Lord, Bissell & Brook LLP, now at Raskin Peter Rubin & Simon, 1801 Century Park East, Suite 2300 Los Angeles, CA 90067, is no longer their attorney in this matter.

1

## NEW ATTORNEY

Defendants Will Arntz and Sam Jacobs' new lead counsel in this matter and new attorney of record on whom all notices and papers may be served is: Jeffrey S. Kravitz (SBN: 66481), Lord, Bissell & Brook LLP, 300 S. Grand Avenue, 8th Floor, Los Angeles, CA 90071, 213-485-1500.

## SUBSTITUTION BASED ON CONSENT

The undersigned consents to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: 2/10/6

_____
Will Arntz

Dated: _____

_____
Sam Jacobs

Dated: _____

_____
Arnold Peter
Former Attorney for Defendants
Will Arntz and Sam Jacobs


Lord, Bissell & Brook LLP

Dated: _____

By: _____
Charles A. Adamek
Jeffrey S. Kravitz
New Attorneys for Defendants
Will Arntz and Sam Jacobs

## ORDER

IT IS SO ORDERED

Dated: 3/9/06

_____
Hon. Patricia V. Trumbull
United States Magistrate Judge

2

LA 450121v1

## NEW ATTORNEY

Defendants Will Arntz and Sam Jacobs' new lead counsel in this matter and new attorney of record on whom all notices and papers may be served is: Jeffrey S. Kravitz (SBN: 66481), Lord, Bissell & Brook LLP, 300 S. Grand Avenue, 8th Floor, Los Angeles, CA 90071, 213-485-1500.

## SUBSTITUTION BASED ON CONSENT

The undersigned consents to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: _____

Will Arntz

Dated: 2/25/06

Sam Jacobs

Dated: _____

Arnold Peter
Former Attorney for Defendants
Will Arntz and Sam Jacobs

Lord, Bissell & Brook LLP

Dated: _____    By: _____

Charles A. Adamek
Jeffrey S. Kravitz
New Attorneys for Defendants
Will Arntz and Sam Jacobs

## ORDER

IT IS SO ORDERED

Dated: _____

Hon. Patricia V. Trumbull
United States Magistrate Judge

2

LA 450121v1

## NEW ATTORNEY

Defendants Will Arntz and Sam Jacobs' new lead counsel in this matter and new attorney of record on whom all notices and papers may be served is: Jeffrey S. Kravitz (SBN: 66481), Lord, Bissell & Brook LLP, 300 S. Grand Avenue, 8th Floor, Los Angeles, CA 90071, 213-485-1500.

## SUBSTITUTION BASED ON CONSENT

The undersigned consents to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: _____

_____
Will Arntz

Dated: _____

_____
Sam Jacobs

Dated: 2/6/06

_____
Arnold Peter
Former Attorney for Defendants
Will Arntz and Sam Jacobs

Lord, Bissell & Brook LLP

By: _____
Charles A. Adamek
Jeffrey S. Kravitz
New Attorneys for Defendants
Will Arntz and Sam Jacobs

Dated: 2/V

## ORDER

IT IS SO ORDERED

Dated: 3/9/06

_____
Hon. Patricia V. Trumbull
United States Magistrate Judge

2

LA 450121v1