UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, et. al., )<br>          )<br>          Plaintiff, )<br>          )<br>     v.   )<br>          )<br>CHARLES WURTZ, et. al., )<br>          )<br>          Defendants. )<br>_____) | Case No.: C-04-5232 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 31, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to July 18, 2006, 2:00 p.m.; and

IT IS FURTHER ORDERED that the parties participate in a settlement conference before U.S. Magistrate Judge Richard Seeborg by the end of June 2006.

Dated: *5/8/2006*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*