*E-FILED*
May 9, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN L. WHITNEY, et al., | No. C 04-05232 PVT (RS) |
| Plaintiffs, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| CHARLES WURTZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference scheduled for **May 16, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **June 9, 2006 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated March 15, 2006 shall remain in effect.

1 | The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 | prior to the date set for settlement conference.
3
4 | Dated:   May 9, 2006
5 | _____
  | RICHARD SEEBORG
6 | United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Brian Baker    bkbakerlawoffice@earthlink.net

David Russell Beck    Beckandmathiesen@calcentral.com,

Richard Grotch    rgrotch@chdlawyers.com

Sharon S. Kirsch    skirsch@mfmlaw.com, hanger@mfmlaw.com

Jeffrey Stephen Kravitz    jkravitz@lordbissell.com, asuetsugu@lordbissell.com; cadamek@lordbissell.com

Jeffrey Alfred Worthe    JWorthe@whwlawcorp.com, mrigley@whwlawcorp.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 9, 2006

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*

3