| | |
|---|---|
| 1 | **CHAPMAN, POPIK & WHITE LLP** |
|   | Mark A. White (State Bar No. 88332) |
| 2 | 650 California Street, 19th Floor |
|   | San Francisco, CA 94108 |
| 3 | Telephone: (415) 352-3000 |
|   | Facsimile:  (415) 352-3030 |
| 4 | |
|   | **BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP** |
| 5 | John A. Beranbaum* |
|   | 80 Pine Street - 32nd Floor |
| 6 | New York, NY 10005 |
|   | Telephone: (212) 509-1616 |
| 7 | Facsimile:   (212) 509-8088 |
|   | [*Application for Pro Hac Vice Pending] |
| 8 | Attorneys for Cross-Defendant Richard Dodd |

RECEIVED
MAY 23 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | DAN L. WHITNEY, JANET R. HADLEY, ) | Case No. C0405232 PVT |
|    | MARGARET A. KORNOW-BROWN, ERIC ) | |
| 14 | BRELLE ) | [~~PROPOSED~~] ORDER GRANTING |
|    |   ) | APPLICATION FOR ADMISSION OF |
| 15 |        Plaintiffs, ) | ATTORNEY *PRO HAC VICE* |
|    |   ) | |
| 16 | v. ) | |
|    |   ) | Complaint filed: 12/29/05 |
| 17 | CHARLES WURTZ, VERISCAPE, INC., ) | Trial date: None |
|    | RENÉE TADLOCK, REGINA RYGELIS, ) | |
| 18 | WILL ARNTZ, SAM JACOBS, GARY ) | |
|    | BERKOWITZ, BRIAN ROE, and DOES 1 to ) | |
| 19 | 20, Inclusive, ) | |
|    |   ) | |
| 20 |        Defendants, ) | |
|    | _____) | |
| 21 | - ) | |
|    |   ) | |
| 22 | CHARLES WURTZ, GARY ) | |
|    | BERKOWITZ, VERISCAPE, INC., ) | |
| 23 | REGINA RYGELIS, and BRIAN ROE, ) | |
|    |   ) | |
| 24 |        Cross-Claimants, ) | |
|    |   ) | |
| 25 | v. ) | |
|    |   ) | |
| 26 | JANET HADLEY, RICHARD DODD, ) | |
|    |   ) | |

| | |
|---|---|
| 1<br>2 | UNITED AIRLINES, INC., SOUTHWEST )<br>AIRLINES, INC., AMERICAN AIRLINES, )<br>INC. and DOES 1 to 20, INCLUSIVE,   ) |
| 3 | Cross-Defendants. |

John A. Beranbaum, an active member in good standing of the bar of the United States Court of Appeals for the Second and Third Courts of Appeals, the District Court for the Southern and Eastern Districts of New York, the District of New Jersey, the Eastern District of Pennsylvania, and the States of New York and New Jersey, whose business address and telephone number is Beranbaum Menken Ben-Asher & Bierman LLP, 80 Pine Street - 32nd Floor, New York, New York, 10005, Telephone: (212) 509-1616, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing cross-defendant Richard Dodd;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/24/06

_____
Magistrate Judge Patricia V. Trumbull
United States District Court

G:\CDQ\veriz-pro hac vice order.wpd