*E-FILED*
**June 1, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN L. WHITNEY, et al., | No. C 04-05232 PVT (RS) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| CHARLES WURTZ, VERISCAPE, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated May 26, 2006, John A. Beranbaum, counsel for cross defendant Richard Dodd, requested that both he and Richard Dodd be excused from personally appearing at the settlement conference scheduled for June 9, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance by Mr. Dodd and his counsel. Therefore, it is hereby ORDERED that Richard Dodd and John A. Beranbaum be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on June 9, 2006.

///

///

///

1  If the court concludes that the absence of either Mr. Dodd or Mr. Beranbaum is interfering
2  with the settlement conference, the Court may continue the settlement conference and may order
3  personal attendance by each party, including Richard Dodd and John A. Beranbaum.
4  IT IS SO ORDERED.

6  Dated:  June 1, 2006

   RICHARD SEEBORG
   United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Brian Baker     bkbakerlawoffice@earthlink.net

David Russell Beck     Beckandmathiesen@calcentral.com,

John A. Beranbaum     jberanbaum@bmbblaw.com

Richard Grotch     rgrotch@chdlawyers.com

Sharon S. Kirsch     skirsch@mfmlaw.com, hanger@mfmlaw.com

Jeffrey Stephen Kravitz     jkravitz@silverfreedman.com, asuetsugu@lordbissell.com; cadamek@lordbissell.com

Arnold Philimon Peter     invalidaddress@invalidaddress.com

Mark Andrew White     cquackenbos@chapop.com; jberanbaum@bmbblaw.com

Jeffrey Alfred Worthe     JWorthe@whwlawcorp.com, mrigley@whwlawcorp.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 1, 2006

                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              By:     /s/ *BAK*