1  SHARON KIRSCH (157157)
   ROSALIA CARVAJAL WARREN (228958)
2  McMANIS FAULKNER & MORGAN
   A Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone:   (408) 279-8700
   Facsimile:   (408) 279-3244
5  SKirsch@mfmlaw.com

6  Attorneys for Defendant,
   Renee Tadlock
7

8

9                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION

11

| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE, | Case No. C0405232-PVT |
|---|---|
| Plaintiffs, | |
| vs. | **APPLICATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF ATTORNEY** |
| CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive, | |
| Defendants. | |
| CHARLES WURTZ, GARY BERKOWITZ, VERISCAPE, INC., REGINA RYGELIS, and BRIAN ROE, | |
| Cross-claimants, | |
| vs. | |
| JANET HADLEY, RICHARD DODD, UNITED AIRLINES, INC., SOUTHWEST AIRLINES, INC., AMERICAN AIRLINES, INC., and DOES 1 TO 20, inclusive, | |
| Cross-Defendants. | |

///

---

APPLICATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF ATTORNEY
*Whitney v. Versicape et. al.*, C-0405232                                                                            1

TO THE PARTIES AND THEIR ATTORNEY OF RECORD, defendant, Renee Tadlock, hereby submits the following application to the Court for an Order allowing her to proceed with the following substitution of attorney:

Renee Tadlock will no longer be represented by Sharon Kirsch of McManis Faulkner & Morgan. Renee Tadlock will now be represented by Brian Baker of the Law Offices of Brian Baker.

I consent to this substitution.

DATED: July 3, 2006

_____
RENEE TADLOCK

Defendant

I consent to this substitution.

DATED: June 30, 2006

_____
SHARON KIRSCH

McMANIS FAULKNER & MORGAN

Former Attorneys for Defendant,
Renee Tadlock

I consent to this substitution.

DATED: 7-12-2006

_____
BRIAN BAKER

LAW OFFICES OF BRIAN BAKER

New Attorney for Defendant,
Renee Tadlock

IT IS SO ORDERED.

DATED: July 14, 2006

_____
THE HON. PATRICIA XXXXXX TRUMBULL

APPLICATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF ATTORNEY
*Whitney v. Versicape et. al.*, C-0405232

2