UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITS, BRIAN ROE and DOES 1-20,<br><br>  Defendants. | Case No. C 04-05232 PVT<br><br>**CASE MANAGEMENT ORDER** |

On July 18, 2006, the Court held a Case Management Conference. David R. Beck appeared for Plaintiffs Whitney, Hadley, Kornow-Brown and Brelle.. Brian Baker appeared for Wurtz, Veriscape, Inc., Tadlock, Rygelis, Berkowitz and Roe. Jeffrey Kravitz appeared by telephone for Will Arntz and Sam Jacobs. John Beranbaum appeared by telephone for Mr. Dodd.

John Beranbaum indicated that his client did consent to the Magistrate Judge. The written consent shall be filed by July 21, 2006.

Due to the number of parties and the complexity of the issues, this case management

1 conference is continued to 2:00 p.m., November 21, 2006.  On that date the parties shall be ready
2 to set the discovery cutoff, the pretrial motions' hearing , the pretrial conference and the trial
3 date.  The parties have agreed and IT IS SO ORDERED that by November 9, 2006 they will
4 have propounded and responded to all document requests, interrogatories and requests for
5 admissions. Absent leave of court, the Federal Rules of Civil Procedure's limitations on these
6 discovery devices shall apply.

     Nothing in this ORDER precludes the parties from noticing depositions.  At the next conference all depositions which remain shall be scheduled.

     IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev. 4/25/03), a copy of which is attached hereto,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

DATE:  July 18, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (04/28/2003)."