```
1  DAVID R. BECK, SBN 124372
   BECK & MATHIESEN, APC
2  700 Frederick St., Ste. 306
   Santa Cruz, CA 95062
3  (831)429-0181

4  Attorney for Plaintiffs Dan L. Whitney,
   Janet R. Hadley, Margaret Kornow-Brown,
5  Eric Brelle
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>Plaintiffs,<br>v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>Defendants.<br>_____<br>AND RELATED CROSS-ACTION | No. C0405232<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY** |

**STIPULATION**

This stipulation for an order extending time to file a discovery motion is made because the court ordered all discovery motions to be filed by November 21, 2006. Plaintiffs intend to file a discovery motion before November 21, 2006. However, counsel for plaintiffs and defendant Veriscape had a face-to-face meet and confer on November 8, 2006. As a result

1  of that meeting, it is believed plaintiffs' motion will not be
2  necessary.
3
4      Therefore, both parties request that plaintiff Whitney's
5  time to file a motion to compel further production of documents
6  on Veriscape, set 2, if necessary, be extended one month, to
7  wit: December 21, 2006. Such Stipulation will make best use of
8  judicial resources, client funds, and will promote cooperation
9  between parties.
10
11     It is hereby stipulated by and between counsel for
12 plaintiffs and defendant Veriscape, that the amount of time to
13 file the above-referenced motion be extended from November 21,
14 2006, to December 21, 2006.
15
16 Dated: November 14, 2006          _____
                                       David R. Beck,
17                                        Attorney for Plaintiffs
18
19 Dated: November ____, 2006        _____
20                                        Robert Burmeister,
                                       Attorney for Defendant
                                       Veriscape, Inc.
21
22
23
24
25
26
27
28 /

1  of that meeting, it is believed plaintiffs' motion will not be
2  necessary.
3
4      Therefore, both parties request that plaintiff Whitney's
5  time to file a motion to compel further production of documents
6  on Veriscape, set 2, if necessary, be extended one month, to
7  wit: December 21, 2006. Such Stipulation will make best use of
8  judicial resources, client funds, and will promote cooperation
9  between parties.
10
11     It is hereby stipulated by and between counsel for
12 plaintiffs and defendant Veriscape, that the amount of time to
13 file the above-referenced motion be extended from November 21,
14 2006, to December 21, 2006.
15
16 Dated: November 14, 2006           _____
17                                     David R. Beck,
                                       Attorney for Plaintiffs
18
19 Dated: November 14, 2006           _____
20                                     Robert Burmeister,
                                       Attorney for Defendant
                                       Veriscape, Inc.
21
22
23
24
25
26
27
28  /

## ORDER

IT IS HEREBY ORDERED that the time for plaintiff Whitney to file a motion for further production of documents, set 2, is extended from November 21, 2006 to December 21, 2006.

IT IS FURTHER ORDERED that counsel for plaintiffs shall serve a copy of this order on all interested parties.

Dated: November 15, 2006

*Patricia V. Trumbull*
Patricia Trumbull,
Judge of the United States
District Court