Case 5:04-cv-05232-PVT   Document 189   Filed 11/28/06   Page 1 of 4

11/21/2006 Case 5:04-cv-05232-PVT   Document 187   Filed 11/21/2006   Page 1 of 4   01/04
Nov 20 2006 10:58AM  Burmeister/Solomon                (650) 367-7130        p.2

BRIAN BAKER, ESQ.     (#85883)
1757 PACIFIC AVENUE, SUITE B
LONG BEACH, CALIFORNIA 90813
Telephone:  (562) 218-3132
Facsimile:  (562) 218-3133

Attorney for Veriscape, Inc.; Charles Wurtz;
Regina Rygelis; Gary Berkowitz; Brian Roe
and Renee Tadlock

ROBERT N. BURMEISTER, JR.    (#74203)
702 MARSHALL STREET, SUITE 500
REDWOOD CITY, CALIFORNIA 94063
Telephone:  (650) 363-8666
Facsimile:  (650) 367-7130

Attorney for Veriscape, Inc.; Charles Wurtz;
Regina Rygelis; Gary Berkowitz and Brian Roe

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOB, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. C0405232<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY |

### STIPULATION

This Stipulation is entered into by and between plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE, and defendants, CHARLES

1
STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY

DPB

WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, and BRIAN ROE, by and through their attorneys of record herein with reference to the following facts:

1. Defendant GARY BERKOWITZ served his First Set of Request for Production to plaintiff DAN L. WHITNEY by personal service on plaintiffs' counsel, David Beck, on October 10, 2006.

2. Defendants GARY BERKOWITZ, CHARLES WURTZ, and REGINA RYGELIS served their First Sets of Contention Interrogatories to DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE on October 10, 2006 by personal service on plaintiffs' counsel, David Beck.

3. Plaintiff DAN L. WHITNEY responded to the First Set of Request for Production propounded by defendant GARY BERKOWITZ on November 9, 2006, by objecting to all requests on the grounds that Mr. Beck was served on October 10, 2006, **via mail**, and as a result, the date for the response was past the court ordered written discovery cutoff of November 9, 2006.

4. All plaintiffs filed identical blanket objections to the Interrogatories served by defendants BERKOWITZ, WURTZ, and RYGELIS.

5. As set forth above, the discovery was personally served on Mr. Beck and accordingly, the blanket objections were improper and plaintiffs' have waived all objections to the discovery.

6. Counsel for plaintiffs and defendants have met and conferred regarding the discovery and have agreed that plaintiffs will file appropriate responses to the discovery, without objection, on or before December 21, 2006 and that the time for defendants to file a Motion to Compel, if necessary, will be extended to January 22, 2007.

WHEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET KORNOW-BROWN and ERIC BRELLE and defendants, CHARLES WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, and BRIAN ROE, by and through their counsel as follows:

2

STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY

11/21/2006 Case 5:04-cv-05232-PVT   Document 187   Filed 11/21/2006   Page 3 of 4   03/04

Nov 20 2006 10:58AM   Burmeister/Solomon           (650) 367-7130          P.4

1  A. Plaintiffs will serve responses to the above-referenced discovery, without objection,
2  on or before December 21, 2006.
3  B. The time in which defendants have to file a Motion to Compel responses to said
4  discovery, if necessary, shall be extended to January 22, 2007.

6  DATED: November 20, 2006

   ROBERT N. BURMEISTER, JR.
   Attorney for Defendants

8  DATED: November 20, 2006

   DAVID R. BECK
   Attorney for Plaintiffs

3
28 STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY

DRP

Nov 20 2006 10:58AM  Burmeister/Solomon          (650) 367-7130          p.5

## ORDER

IT IS HEREBY ORDERED that plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE shall file responses to the discovery referred to in the attached Stipulation, without objection, on or before December 21, 2006. The time for defendants to file a Motion to Compel, if necessary, shall be extended to January 22, 2007.

IT IS FURTHER ORDERED that counsel for defendants shall serve a copy of this Order to all interested parties.

DATED: 11/28/06

PATRICIA TRUMBULL
Judge of the United States District Court

4
STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY

DNB