UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITS, BRIAN ROE and DOES 1-20,<br><br>        Defendants. | Case No.: C 04-5232  PVT<br><br>**ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUIRING PLAINTIFFS TO SUBMIT A DECLARATION RE: HEARING DATE FOR DEFENDANTS ARNTZ AND JACOB'S MOTION FOR SUMMARY JUDGMENT** |

On October 6, 2006, Defendants' Arntz and Jacobs moved for summary judgment, claiming that there is no evidence that they are the alter egos of Veriscape and that alter ego is the sole basis for liability against them.[1] The hearing was set for November 14, 2006. On October 18, 2006, Plaintiff Dan Whitney ("Whitney") moved to continue the summary judgment hearing under Local Rule 6-3. On November 6, 2006, the court granted the motion to continue with the intention that a hearing date would be set at the next case management conference.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

Despite extensive efforts by the Court, the parties were unable to set a date for the hearing of the motion.

Accordingly, IT IS HEREBY ORDERED that no later than January 5, 2007, Plaintiffs shall submit a declaration setting forth how much time they need to respond to Defendants Arntz and Jacob's motion for summary judgment. Plaintiffs shall specify an appropriate date for hearing the motion. As mentioned repeatedly at the case management conference, it is not sufficient for Plaintiffs to suggest the last day for hearing dispositive motions. Plaintiffs shall be specific as to the discovery they need and the time they need to acquire the discovery. No later than January 12, 2007, Defendants Arntz and Jacobs may file a declaration as to why the hearing date proposed by Plaintiffs should be altered.[2]

On November 20, 2006, Whitney filed a Motion for Order Releasing Documents from Protective Order, setting the hearing date for January 30, 2007. On the same day, Defendant Veriscape filed a Motion to Compel Production of Documents, setting the hearing for January 16, 2007. Accordingly,

IT IS FURTHER ORDERED that the hearing date for Defendant Veriscape's Motion to Compel Further Responses to Demands for Production of Documents is continued to January 30, 2007.

IT IS SO ORDERED

Dated: December 15, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] If the parties can agree upon a hearing date for the motion, they may submit a stipulation and proposed order in lieu of the declarations required or allowed by this Order.