```
 1  BRIAN BAKER, ESQ.      (#85883)
    1757 PACIFIC AVENUE, SUITE B
 2  LONG BEACH, CALIFORNIA 90813
    Telephone:   (562) 218-3132
 3  Facsimile:   (562) 218-3133

 4  Attorney for Veriscape, Inc.; Charles Wurtz;
    Regina Rygelis; Gary Berkowitz; Brian Roe
 5  and Renee Tadlock

 6  ROBERT N. BURMEISTER, JR.    (#74203)
    702 MARSHALL STREET, SUITE 500
 7  REDWOOD CITY, CALIFORNIA 94063
    Telephone:   (650) 363-8666
 8  Facsimile:   (650) 367-7130

 9  Attorney for Veriscape, Inc.; Charles Wurtz;
    Regina Rygelis; Gary Berkowitz and Brian Roe
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOB, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. C0405232<br><br>STIPULATION AND ORDER CONTINUING MOTION FOR ORDER RELEASING DOCUMENTS FROM PROTECTIVE ORDER AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

### STIPULATION

This Stipulation is entered into by and between plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE, and defendants, CHARLES

1

STIPULATION AND ORDER CONTINUING MOTION FOR ORDER RELEASING DOCUMENTS FROM PROTECTIVE ORDER AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS

1  WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, and BRIAN ROE, by
2  and through their attorneys of record herein with reference to the following facts:
3      1.    On November 20, 2006, plaintiffs filed a Motion for Order Releasing Documents
4  from Protective Order. On that same day, defendant VERISCAPE filed a Motion to Compel
5  Production of Documents. The Motion for Order Releasing Documents from Protective Order was
6  set for January 30, 2007 and the Motion to Compel Production of Documents was set for January
7  16, 2006.
8      2.    At the Case Management Conference on November 21, 2006, the attorneys for the
9  moving parties requested that both motions be heard on January 30, 2007.
10     3.    On December 15, 2006, the court ordered that the hearing date for defendant
11 VERISCAPE's Motion to Compel Further Responses to Demands for Production of Documents be
12 continued to January 30, 2007. Defendants' attorney, Brian Baker, who will be responding to the
13 Motion for Order Releasing Documents from Protective Order, will be out of the country until after
14 the last date for filing a response to said motion and accordingly, counsel have agreed that the two
15 motions should be continued one week, to February 6, 2007.
16     WHEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, DAN L.
17 WHITNEY, JANET R. HADLEY, MARGARET KORNOW-BROWN and ERIC BRELLE and
18 defendants, CHARLES WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ,
19 and BRIAN ROE, by and through their counsel as follows:
20     A.    The Motions for Order Releasing Documents from Protective Order and to Compel
21 Production of Documents, currently set for hearing on January 30, 2007, shall be continued to
22 February 6, 2007.
23 DATED: December 22, 2006
    ROBERT N. BURMEISTER, JR.
24     Attorney for Defendants
25 DATED: December 22, 2006
26     DAVID R. BECK
    Attorney for Plaintiffs

2

STIPULATION AND ORDER CONTINUING MOTION FOR ORDER RELEASING DOCUMENTS FROM
PROTECTIVE ORDER AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS

## ORDER

IT IS HEREBY ORDERED that plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE that ~~the~~ Defendants' Motion for Order Releasing Documents from Protective Order and ~~to~~ Compel Production of Documents, currently set for hearing on January 30, 2007, shall be continued to February 6, 2007

DATED: January 3, 2007

_____
PATRICIA TRUMBULL
Judge of the United States District Court

3

STIPULATION AND ORDER CONTINUING MOTION FOR ORDER RELEASING DOCUMENTS FROM PROTECTIVE ORDER AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS