1  BRIAN BAKER, ESQ.   (#85883)
   1757 PACIFIC AVENUE, SUITE B
2  LONG BEACH, CALIFORNIA 90813
   *Telephone:*  *(562) 218-3132*
3  *Facsimile:*  *(562) 218-3133*

4  Attorney for Veriscape, Inc.; Charles Wurtz;
   Regina Rygelis; Gary Berkowitz; Brian Roe
5  and Renee Tadlock

6  ROBERT N. BURMEISTER, JR.   (#74203)
   702 MARSHALL STREET, SUITE 500
7  REDWOOD CITY, CALIFORNIA 94063
   *Telephone:*  *(650) 363-8666*
8  *Facsimile:*  *(650) 367-7130*

9  Attorney for Veriscape, Inc.; Charles Wurtz;
   Regina Rygelis; Gary Berkowitz and Brian Roe
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14  DAN L. WHITNEY, JANET R. HADLEY,    )   CASE NO. C0405232
    MARGARET A. KORNOW-BROWN, ERIC      )
15  BRELLE,                             )   STIPULATION AND ORDER
                                        )   TO SET ASIDE ENTRY OF
16       Plaintiffs,                    )   DEFAULT BY CLERK
                                        )
17  vs.                                 )
                                        )
18  CHARLES WURTZ, VERISCAPE, INC.,     )
    RENEE TADLOCK, REGINA RYGELIS,      )
19  WILL ARNTZ, SAM JACOB, GARY         )
    BERKOWITZ, BRIAN ROE, and DOES 1    )
20  TO 20, inclusive,                   )
                                        )
21       Defendants.                    )
                                        )
22                                      )
                                        )
23  AND RELATED CROSS-ACTIONS.          )
                                        )

24                        STIPULATION

25       This Stipulation is entered into by and between cross-defendant and counter-claimant,

26  RICHARD DODD, and cross-claimant and counter-defendant VERISCAPE, INC., by and through

27  their attorneys of record herein with reference to the following facts::

28

                                    1
STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT BY CLERK

From:BERANBAUM MENKE          1 212 509 8088          01/09/2007 10:42 #237 P.004/004

Case 5:04-cv-05232-PVT Document 205 Filed 01/09/2007 Page 2 of 2
Case 5:04-cv-05232-PVT Document 210 Filed 01/30/2007 Page 2 of 2

1. On August 15, 2006, the Clerk of the Court entered the default of VERISCAPE, INC. on the Counter Claim of RICHARD DODD against VERISCAPE, INC., filed on May 24, 2006.

2. The parties to this Stipulation have settled their claims against each other and as part of the settlement, the default is to be set aside.

WHEREFORE, IT IS HEREBY STIPULATED by and between cross-defendant and counter-claimant, RICHARD DODD, and cross-claimant and counter-defendant VERISCAPE, INC., by and through their counsel, that the default against VERISCAPE, INC., entered by the Clerk on August 15, 2006, shall be vacated and set aside.

DATED: 1-9-07

ROBERT N. BURMEISTER, JR.
Attorney for Veriscape, Inc.

DATED: 1-9-07

JOHN A. BERANBAUM
Attorney for Richard Dodd

### ORDER

IT IS HEREBY ORDERED that the default entered against VERISCAPE, INC. on the Counter Claim of RICHARD DODD is hereby vacated and set aside.

DATED: January 30, 2007

PATRICIA TRUMBULL
Judge of the United States District Court

STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT BY CLERK