BRIAN BAKER, ESQ.      (#85883)
1757 PACIFIC AVENUE, SUITE B
LONG BEACH, CALIFORNIA 90813
*Telephone:*   *(562) 218-3132*
*Facsimile:*   *(562) 218-3133*

Attorney for Veriscape, Inc.; Charles Wurtz;
Regina Rygelis; Gary Berkowitz; Brian Roe
and Renee Tadlock

ROBERT N. BURMEISTER, JR.     (#74203)
702 MARSHALL STREET, SUITE 500
REDWOOD CITY, CALIFORNIA 94063
*Telephone:*   *(650) 363-8666*
*Facsimile:*   *(650) 367-7130*

Attorney for Veriscape, Inc.; Charles Wurtz;
Regina Rygelis; Gary Berkowitz and Brian Roe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOB, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. CO405232<br><br>STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' AND DEFENDANTS' DESIGNATION OF EXPERTS WITH REPORTS AND EXTENDING TIME FOR EXPERT DISCOVERY CUTOFF |

<u>STIPULATION</u>

This Stipulation is entered into by and between plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE, and defendants, CHARLES

1

1  WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, BRIAN ROE, RENEE
2  TADLOCK and WILL ARNTZ, by and through their attorneys of record herein with reference to
3  the following facts:

4     1.  Pursuant to the Case Management Conference Order dated December 4, 2006,
plaintiffs' designation of experts and experts' written reports were be filed and served on April 13,
2007. Defendants' designation of rebuttal experts and written expert reports are to be filed on April
27, 2007.

       2.  Plaintiffs' expert designations and what are purported to be expert reports were fax
served one day late, on April 16, 2007, because counsel was in a jury trial.

       3.  Defendants herein contend that plaintiffs' purported experts' reports do not comply
with the provisions of Rule 26(2)(B) of the Federal Rules of Civil Procedure, and as a result, they
are unable to properly designate experts and prepare expert reports.

       4.  In view of the foregoing, and in the interests of judicial economy, it will be in the best
interest of all parties and the proceedings herein, to extend the time for filing and service of
plaintiffs' and defendants' designations of experts with reports and also to extend the time for expert
discovery cutoff.

       WHEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, DAN L.
WHITNEY, JANET R. HADLEY, MARGARET KORNOW-BROWN and ERIC BRELLE and
defendants, CHARLES WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ,
BRIAN ROE, RENEE TADLOCK and WILL ARNTZ, by and through their counsel as follows:

       A.  Plaintiffs' designation of experts with reports in compliance with Rule 26(2)(B) shall
be served and filed on or before May 11, 2007.

       B.  Defendants' designation of experts with reports in compliance with Rule 26(2)(B)
shall be served and filed on or before June 1, 2007.

///

///

C.  Expert discovery cutoff shall be extended to July 20, 2007.

DATED: April 26, 2007

ROBERT N. BURMEISTER, JR.
Attorney for Defendants, Veriscape, Inc.;
Charles Wurtz; Regina Rygelis; Gary
Berkowitz, Brian Roe and Renee Tadlock

DATED: April 26, 2007

DAVID R. BECK
Attorney for Plaintiffs, Dan L. Whitney,
Janet R. Hadley, Margaret A. Kornow-
Brown and Eric Brelle

DATED: April 26, 2007

JEFFREY S. KRAVITZ
Attorney for Defendant, Will Arntz

ORDER

IT IS HEREBY ORDERED that:

A.  Plaintiffs' designation of experts with reports in compliance with Rule 26(2)(B) shall be served and filed on or before May 11, 2007.

B.  Defendants' designation of experts with reports in compliance with Rule 26(2)(B) shall be served and filed on or before June 1, 2007.

C.  Expert discovery cutoff shall be extended to July 20, 2007.

DATED: 4/27/07

PATRICIA TRUMBULL
Judge of the United States District Court

3

STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' AND DEFENDANTS' DESIGNATION OF EXPERTS WITH REPORTS AND EXTENDING TIME FOR EXPERT DISCOVERY CUTOFF