1  BRIAN BAKER, ESQ.          (#85883)
   440 REDONDO AVENUE, SUITE 106
2  LONG BEACH, CALIFORNIA 90804
   Telephone:   (562) 434-3132
3  Facsimile:   (562) 434-3133

4  Attorney for Veriscape, Inc.; Charles Wurtz;
   Regina Rygelis; Gary Berkowitz; Brian Roe
5  and Renee Tadlock

6  ROBERT N. BURMEISTER, JR.    (#74203)
   702 MARSHALL STREET, SUITE 500
7  REDWOOD CITY, CALIFORNIA 94063
   Telephone:   (650) 363-8666
8  Facsimile:   (650) 367-7130

9  Attorney for Veriscape, Inc.; Charles Wurtz;
   Regina Rygelis; Gary Berkowitz and Brian Roe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | CASE NO. C0405232 <br><br> STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' DESIGNATION OF EXPERTS WITH REPORTS AND (~~PROPOSED~~ ORDER) |

## STIPULATION

This Stipulation is entered into by and between plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN and ERIC BRELLE, and defendants, CHARLES

1

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' DESIGNATION OF EXPERTS WITH REPORTS AND (PROPOSED) ORDER

1 WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, BRIAN ROE, RENEE TADLOCK and WILL ARNTZ, by and through their attorneys of record herein with reference to the following facts:

1. Pursuant to the Court Order dated April 27, 2006 (Document #254), the time for designation of experts and service and filing of experts' written reports was extended to June 1, 2007.

2. Defendants are in need of further time to disclose experts and serve and file reports due to unforseen occurrences.

3. Although the requested time modification will not affect the current schedule for the case, a Case Management Conference is set for June 12, 2007 to discuss scheduling.

WHEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET KORNOW-BROWN and ERIC BRELLE and defendants, CHARLES WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, BRIAN ROE, WILL ARNTZ and RENEE TADLOCK, by and through their counsel that defendants' designation of experts with reports shall be served and filed on or before June 15, 2007.

DATED: 6-1- , 2007

ROBERT N. BURMEISTER, JR.
Attorney for Defendants, Veriscape, Inc.,
Charles Wurtz, Regina Rygelis, Gary
Berkowitz, Brian Roe and Renee Tadlock

DATED: 6/1/07 , 2007

DAVID R. BECK
Attorney for Plaintiffs, Dan L. Whitney,
Janet R. Hadley, Margaret A. Kornow-
Brown and Eric Brelle

DATED: _____, 2007

JEFFREY S. KRAVITZ
Attorney for Defendant, Will Arntz

2
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' DESIGNATION OF EXPERTS WITH REPORTS AND (PROPOSED) ORDER

WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, BRIAN ROE, RENEE TADLOCK and WILL ARNTZ, by and through their attorneys of record herein with reference to the following facts:

1. Pursuant to the Court Order dated April 27, 2006 (Document #254), the time for designation of experts and service and filing of experts' written reports was extended to June 1, 2007.

2. Defendants are in need of further time to disclose experts and serve and file reports due to unforseen occurrences.

3. Although the requested time modification will not affect the current schedule for the case, a Case Management Conference is set for June 12, 2007 to discuss scheduling.

WHEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, DAN L. WHITNEY, JANET R. HADLEY, MARGARET KORNOW-BROWN and ERIC BRELLE and defendants, CHARLES WURTZ, VERISCAPE, INC., REGINA RYGELIS, GARY BERKOWITZ, BRIAN ROE, WILL ARNTZ and RENEE TADLOCK, by and through their counsel that defendants' designation of experts with reports shall be served and filed on or before June 15, 2007..

DATED: 6-1, 2007

ROBERT N. BURMEISTER, JR.
Attorney for Defendants, Veriscape, Inc., Charles Wurtz, Regina Rygelis, Gary Berkowitz, Brian Roe and Renee Tadlock

DATED: _____, 2007

DAVID R. BECK
Attorney for Plaintiffs, Dan L. Whitney, Janet R. Hadley, Margaret A. Kornow-Brown and Eric Brelle

DATED: 5/31, 2007

JEFFREY S. KRAVITZ
Attorney for Defendant, Will Arntz

2
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' DESIGNATION OF EXPERTS WITH REPORTS AND (PROPOSED) ORDER

06/01/2007 11:... 5304295617    FREDERICK ST. ATTYS    PAGE 03/04
Case 5:04-cv-05232-PVT    Document 258    Filed 06/01/2007    Page 4 of 4
Case 5:04-cv-05232-PVT    Document 259    Filed 06/01/07    Page 4 of 4

(PROPOSED) ORDER

IT IS HEREBY ORDERED that defendants' designation of experts with reports shall be served and filed on or before June 15, 2007.

DATED: June 1, 2007

*Patricia V. Trumbull*
PATRICIA TRUMBULL
Judge of the United States District Court

3
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' DESIGNATION OF EXPERTS WITH REPORTS AND (PROPOSED) ORDER