UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITS, BRIAN ROE and DOES 1-20,<br><br>    Defendants. | Case No.: C 04-5232  PVT<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; REFERRING CASE FOR FURTHER SETTLEMENT CONFERENCE; AND EXTENDING CERTAIN DATES** |

On May 18, 2007, the court scheduled a Further Case Management Conference on June 12, 2007.   Civil Local Rule 16-10(d) provides:

> Unless otherwise ordered, no fewer than 10 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process.  Such statements must report the parties' views about whether using some form of ADR would be appropriate.

Civ. L.R. 16-10(d).  Ten days prior to June 12, 2007 was June 2, 2007, which was a Saturday, making the joint statement due June 4, 2007.  Plaintiff filed a separate statement on June 6, 2007.

1  Defendants filed a separate statement on June 8, 2007. Neither statement addressed the failure to
2  file a joint statement. Neither statement provided any specific dates for any extensions sought.
3  Neither statement addressed any view on any additional alternative dispute resolution.
4      Due to the parties' failure to comply with the local rules and failure to communicate with
5  each other or the court in a meaningful manner, It Is Hereby Ordered that:
6      1.    The Case Management Conference set for June 12, 2007 is VACATED;
7      and
8      2.    The parties are referred to a further settlement conference in front of Judge
9      Seeborg to take place no later than July 31, 2007. No later than **June 15,**
10     **2007**, the parties are to contact Judge Seeborg's chambers at 408-535-
11     5357 with three mutually available dates for the settlement conference.
12     IT IS FURTHER ORDERED THAT: The following deadlines are extended as follows:
13 Last Day to File Motions in Limine . . . . . . . . . . . . . . . . . . . . . . . . . . September 11, 2007
14 Last Day to File Oppositions to Motions in Limine . . . . . . . . . . . . . September 18, 2007
15 Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . 2:00 P.M. on September 25, 2007
16 Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 A.M. on October 15, 2007
17
18 IT IS SO ORDERED
19 Dated: June   11,   2007

                    *Patricia V. Trumbull*
20                     _____
21                     PATRICIA V. TRUMBULL
                    United States Magistrate Judge