JEFFREY S. KRAVITZ, CSB 088241
SILVER & FREEDMAN
A PROFESSIONAL LAW CORPORATION
2029 Century Park East, 19th Floor
Los Angeles, California 90067-3005
Tel 310.282.9400 / Fax 310.282.2500
Attorneys for Defendants
Will Arntz

DAVID R. BECK, CSB 124372
BECK & MATHIESEN, APC
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
Tel 831.429.0181
Attorneys for Plaintiffs Dan L. Whitney,
Janet R. Hadley, Margaret Kornow-Brown,
And Eric Brelle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>Plaintiffs,<br>vs.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOB, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>Defendants. | CASE NO. C04-05232 PVT (RS)<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

/ / /

/ / /

/ / /

/ / /

S&F00408069 v1 / 8661-500

On or about February 5, 2008, the parties filed a Joint Status Conference Statement and Stipulation to continue the Status Conference for 90 days. The Court has considered the parties' stipulation and based thereon:

**IT IS ORDERED** that the Status Conference on calendar for February 12, 2008 is continued to ___5/12/08___ [date] at ___2:00pm___ [time].

Dated: February _6_, 2008

*Patricia V. Trumbull*
Hon. Patricia Trumbull