```
1  DAVID R. BECK, SBN 124372
   BECK & MATHIESEN, APC
2  700 Frederick St., Ste. 306
   Santa Cruz, CA 95062
3  (831)429-0181

4  Attorney for Plaintiffs Dan L. Whitney,
   Janet R. Hadley, Margaret Kornow-Brown,
5  Eric Brelle
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>Defendants.<br>AND RELATED CROSS-ACTION | No. C0405232 - PVT<br><br>[XXXXXXXX] **ORDER CONTINUING STATUS CONFERENCE** |

///

///

1     On or about May __7__, 2008, the parties filed a Joint
2 Status Conference Statement and Stipulation to continue the
3 Status Conference for 90 days. The Court has considered the
4 parties' stipulation and based thereon:
5     **IT IS ORDERED** that the Status Conference on calendar for
6 May 12, 2008 is continued to __August 12, 2008__ [date] at
7 __at 2PM__ [time].

11 Dated: May __7__, 2008

                                      *Patricia V. Trumbull*
12                                       Hon. Patricia Trumbull