DAVID R. BECK, SBN 124372
BECK & MATHIESEN, APC
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
(831) 429-0181

Attorney for Plaintiffs Dan L. Whitney,
Janet R. Hadley, Margaret Kornow-Brown,
Eric Brelle

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>        Plaintiffs,<br><br>v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>        Defendants.<br>AND RELATED CROSS-ACTION | No. C0405232 - PVT<br><br>[XXXXXXXXX] **ORDER CONTINUING STATUS CONFERENCE** |

///

///

1   The parties filed a Joint Status Conference Statement and
2   Stipulation to continue the Status Conference currently set for
3   August 12, 2008, for 90 days.  The Court has considered the
4   parties' stipulation and based thereon:
5   
6   **IT IS ORDERED** that the Status Conference on calendar for
7   August 12, 2008 is continued to _____ [date] at
8   ___2PM_____ [time].

Dated: August __8__, 2008

*Patricia V. Trumbull*
———————————————
Hon. Patricia Trumbull