```
DAVID R. BECK, SBN 124372
BECK & MATHIESEN, APC
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
(831)429-0181

Attorney for Plaintiffs Dan L. Whitney,
Janet R. Hadley, Margaret Kornow-Brown,
Eric Brelle
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive, <br><br> Defendants. <br> _____ <br> AND RELATED CROSS-ACTION | No. C0405232 - PVT <br><br> \|XXXXXXXXXX\| **ORDER CONTINUING STATUS CONFERENCE** |

///

///

The parties filed a Joint Status Conference Statement and Stipulation to continue the Status Conference currently set for November 18, 2008, for 90 days. The Court has considered the parties' stipulation and based thereon:

**IT IS ORDERED** that the Status Conference on calendar for November 18, 2008 is continued to ___March 3, 2009___ [date] at ___2PM___ [time].

Dated: November __10__, 2008

_Patricia V. Trumbull_
Hon. Patricia Trumbull