DAVID R. BECK, SBN 124372
BECK & MATHIESEN, APC
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
(831)429-0181

Attorney for Plaintiffs Dan L. Whitney,
Janet R. Hadley, Margaret Kornow-Brown,
Eric Brelle

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>        Plaintiffs,<br><br>v.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOBS, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION | No. C0405232 - PVT<br><br>XXXXXXXXXX] **ORDER CONTINUING STATUS CONFERENCE** |

    The parties filed a Joint Status Conference Statement and Stipulation to continue the Status Conference currently set for March 3, 2009, for 60 days. The Court has considered the parties' stipulation and based thereon:

**IT IS ORDERED** that the Status Conference on calendar for March 3, 2009 is continued to <u>May 5, 2009</u> [date] at <u>10AM</u> [time].

Dated: February <u>25</u>, 2009

<u>/s/ Patricia V. Trumbull</u>
Hon. Patricia Trumbull