JEFFREY S. KRAVITZ, SBN 066481
YESENIA M. GALLEGOS, SBN 231852
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: 310.598.4150
Fax: 310.556.9828
jkravitz@foxrothschild.com
ygallegos@foxrothschild.com

Attorneys for Defendant
William Arntz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAN L. WHITNEY, JANET R. HADLEY, MARGARET A. KORNOW-BROWN, ERIC BRELLE,<br><br>Plaintiffs,<br>vs.<br><br>CHARLES WURTZ, VERISCAPE, INC., RENEE TADLOCK, REGINA RYGELIS, WILL ARNTZ, SAM JACOB, GARY BERKOWITZ, BRIAN ROE, and DOES 1 TO 20, inclusive,<br><br>Defendants. | CASE NO. C0405232-PVT<br><br>Judge: Honorable Patricia V. Trumbull<br>Courtroom: 5, 4th Floor<br><br>**STIPULATION AND [XXXXXXXXXXXXXX ORDER] TO CONTINUE STATUS CONFERENCE TO JULY 28, 2009** |
| CHARLES WURTZ, GARY BERKOWITZ, VERISCAPE, INC., REGINA RYGELIS, and BRIAN ROE,<br><br>Cross-Complainants,<br>vs.<br><br>JANET HADLEY, RICHARD DODD, UNITED AIRLINES, INC., SOUTHWEST AIRLINES, INC., AMERICAN AIRLINES, INC., and DOES 1 TO 20, inclusive,<br><br>Cross-Defendants. | |

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SC

LA1 19791v2 06/11/09

1  WHEREAS, on May 4, 2009, this Court scheduled a Status Conference for July 7, 2009, at 10:00 a.m.;

WHEREAS, on May 28, 2009, Williams Arntz (a former Defendant) filed two motion for attorneys fees originally scheduled for hearing on July 9, 2009, at 10:00 a.m.;

WHEREAS, on June 2, 2009, Mr. Arntz filed a Notice of New Hearing on Mr. Arntz's Motions for Attorneys Fees, which effectively continued the hearing date of Mr. Arntz's Motions for Attorneys Fees from July 9, 2009 to July 28, 2009, at 10:00 a.m.;

WHEREAS, the parties desire to consolidate the hearing on Mr. Arntz's Motions with the impending Status Conference by continuing the Status Conference to July 28, 2009;

WHEREAS, consolidating the hearings with the conference will reduce fees and costs associated with travel and may preserve judicial resources;

IT IS HEREBY STIPULATED, by and between the undersigned counsel that the Status Conference currently scheduled for July 7, 2009, at 10:00 a.m. shall be continued to July 28, 2009, at 10:00 a.m.

SO STIPULATED.

June 12, 2009,

BECK & MATHIESEN, APC

By: _____

DAVID R. BECK
Attorneys for Plaintiffs

///
///
///

(signatures continued on following page)

| | |
|---|---|
| 1  June 11, 2009, | FOX ROTHSCHILD LLP |
| 2 | |
| 3 | |
| 4 | |
| 5 | *[signature: Jeffrey S. Kravitz]* |
| 6 | By: _____ |
| 7 | JEFFREY S. KRAVITZ |
| 8 | YESENIA M. GALLEGOS |
| 9 | Attorneys for Defendant William Arntz |
| 10  June 11, 2009, | LAW OFFICES OF ROBERT BURMEISTER / |
| 11 | LAW OFFICES OF BRIAN K. BAKER |
| 12 | |
| 13 | |
| 14 | By: *[signature]* |
| 15 | ROBERT BURMEISTER |
| 16 | BRIAN BAKER |
| 17 | Attorneys for Veriscape, Inc., Charles Wurtz, Regina Rygelis, Brian Roe and Renee Tadlock |

## ORDER

IT IS HEREBY ORDERED that the Status Conference currently scheduled for July 7, 2009, at 10:00 a.m., is hereby continued to July 28, 2009, at 10:00 a.m.

DATED: June 15, 2009

*[signature]*
Hon. Patricia V. Trumbull